UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARWIN A. SPEARS, | ) | Case No. CV 12-3997 FMO (JC) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| CITY OF LOS ANGELES, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 19th day of September, 2013.

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE